UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

ANNIE COLE,

        Plaintiff,                      Case No. 14-11325
                                       Honorable Nancy G. Edmunds
v.                                   Magistrate Judge Elizabeth A. Stafford

BENJAMIN MAULDIN, et al.,

        Defendants.

_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR
## LEAVE TO TAKE THE DEPOSITION OF PLAINTIFF [R. 51]

Plaintiff Annie Cole, a state prisoner proceeding *pro se,* brought this

action pursuant to 42 U.S.C. § 1983 against Benjamin Mauldin, among

others.  Cole's First Amendment retaliation claim against Mauldin is the

only remaining claim.  The Honorable Nancy G. Edmunds referred the case

to this Court to resolve all pretrial matters pursuant to 28 U.S.C. §

636(b)(1)(A) and (B).  Before the Court is Mauldin's motion for leave to take

the deposition of Cole on June 25, 2015 pursuant to Fed. R. Civ. P.

30(a)(2).  [R. 51].

Under Rule 30(a)(2), a party must obtain leave of Court to depose a

person who is confined in prison, and the Court must grant such leave

when it is consistent with the scope and limits of discovery set forth in Rule

26(b)(2).  Fed. R. Civ. P. 30(a)(2).  The requirements of Rule 30(a)(2) are

satisfied.  Cole is confined in prison, and Mauldin's request to depose her is

consistent with Rule 26(b).  Mauldin's motion for leave to depose Cole [R.

51] is **GRANTED**.

        **IT IS ORDERED**.

                                        s/Elizabeth A. Stafford
                                        ELIZABETH A. STAFFORD
                                        United States Magistrate Judge

Dated: June 9, 2015

## NOTICE TO THE PARTIES REGARDING OBJECTIONS

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which

provides a period of fourteen (14) days from the date of receipt of a copy of

this order within which to file objections for consideration by the district

judge under 28 U.S. C. §636(b)(1).  Unless ordered otherwise by the Court,

the filing of an appeal to the District Judge does not stay the parties'

obligations in this Order.  *See* E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served
upon counsel of record and any unrepresented parties via the Court's ECF
System to their respective email or First Class U.S. mail addresses
disclosed on the Notice of Electronic Filing on June 9, 2015.

                                        s/Marlena Williams
                                        MARLENA WILLIAMS
                                        Case Manager